# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 10-742-1 |
| VIBOLL MARK | |

# O R D E R

**AND NOW**, this 24th day of July, 2020, upon consideration of Defendant's *pro se* Motion for a Reduction in Sentence (ECF 156) and the Government's Response thereto (ECF 158), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**