# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 10-742-1 |
| VIBOLL MARK | |

## ORDER

**AND NOW**, this 29th day of September, 2020, upon consideration of Defendant's pro se Second Motion for Compassionate Release (ECF 165) and the Government's Response thereto (ECF 161), **IT IS ORDERED** that Defendant's Motion is **DENIED.**

BY THE COURT:

*/s/ Wendy Beetlestone*
───────────────────────
**WENDY BEETLESTONE, J.**